

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

THOMAS B. HATHAWAY

Case No. 2:25mj202
Court Date: October 8, 2025

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor - Violation Notice No. E2351379

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 10, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, THOMAS B. HATHAWAY, did unlawfully consume an alcoholic beverage while operating a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia Section 18.2-323.1)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

 I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Ashley.Young@usdoj.gov

23 September 2025
_____
Date